# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:19-CR-0086-S |
| | § | |
| DEMERON JAMAL BROWN (6) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 1292] and the First Amended Petition for Person Under Supervision [ECF No. 1303] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Demeron Jamal Brown's term of supervised release. *See* Order, ECF No. 1298. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order. *See* ECF No. 1307. The Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation is correct.

It is therefore **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant continue the terms of supervised release and attend thirty Narcotics Anonymous (NA) meetings in thirty days.

**SO ORDERED.**

SIGNED November 25, 2025.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**